B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Texas

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>C & D Commercial Masonry, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>75-2462582 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5030 Dexham Road #102<br>Rowlett, TX<br>ZIP Code: 75088-3848 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Dallas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **C & D Commercial Masonry, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **C & D Commercial Masonry, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Eric A. Liepins**
Signature of Attorney for Debtor(s)

**Eric A. Liepins 12338110**
Printed Name of Attorney for Debtor(s)

**Eric A. Liepins P.C.**
Firm Name

**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
Address

Email: eric@ealpc.com
**972-991-5591  Fax: 972-991-5788**
Telephone Number

**May 31, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles E. Scroggs**
Signature of Authorized Individual

**Charles E. Scroggs**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 31, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re    **C & D Commercial Masonry, Inc.**      Case No. _____
Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ACME Brick Company<br>Attn: Susan Tabor<br>801 Airport Freeway<br>Euless, TX 76040 | ACME Brick Company<br>Attn: Susan Tabor<br>801 Airport Freeway<br>Euless, TX 76040 | | | 290,129.65 |
| Advanced Cast Stone, Inc.<br>P.O. Box 223925<br>Dallas, TX 75222-3925 | Advanced Cast Stone, Inc.<br>P.O. Box 223925<br>Dallas, TX 75222-3925 | | | 57,077.00 |
| Ahern Rentals<br>Accouts Receivables<br>P.O. Box 271390<br>Las Vegas, NV 89127-1390 | Ahern Rentals<br>Accouts Receivables<br>P.O. Box 271390<br>Las Vegas, NV 89127-1390 | | | 25,380.69 |
| Betco Scaffolds<br>PO Box 2885<br>Houston, TX 77252-2885 | Betco Scaffolds<br>PO Box 2885<br>Houston, TX 77252-2885 | | | 5,845.94 |
| Brown Machinery Co., Inc.<br>1125 Exchange Avenue<br>Oklahoma City, OK 73108 | Brown Machinery Co., Inc.<br>1125 Exchange Avenue<br>Oklahoma City, OK 73108 | | | 6,176.60 |
| Builders Equipment & Supply<br>320 East Broadway<br>Fort Worth, TX 76104 | Builders Equipment & Supply<br>320 East Broadway<br>Fort Worth, TX 76104 | | | 20,562.69 |
| Hilti, Inc.<br>Dept. 08890<br>P.O. Box 120001<br>Dallas, TX 75312-0890 | Hilti, Inc.<br>Dept. 08890<br>P.O. Box 120001<br>Dallas, TX 75312-0890 | | | 11,236.42 |
| Horton Building Supply<br>514 Bishop<br>Richardson, TX 75081 | Horton Building Supply<br>514 Bishop<br>Richardson, TX 75081 | | | 17,293.30 |
| Kansas Building Products<br>1600 South Hoover<br>PO Box 9463<br>Wichita, KS 67277 | Kansas Building Products<br>1600 South Hoover<br>PO Box 9463<br>Wichita, KS 67277 | | | 12,494.70 |
| Southwest Securities<br>PO Box 1959<br>Arlington, TX 76004-1959 | Southwest Securities<br>PO Box 1959<br>Arlington, TX 76004-1959 | Lien of Credit Promissory Note | | 500,000.00 |
| Southwest Securities<br>PO Box 1959<br>Arlington, TX 76004-1959 | Southwest Securities<br>PO Box 1959<br>Arlington, TX 76004-1959 | Real Estate Lien Note | | 225,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **C & D Commercial Masonry, Inc.**      Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Southwest Securities, FSB<br>PO Box 1959<br>Arlington, TX 76004-1959 | Southwest Securities, FSB<br>PO Box 1959<br>Arlington, TX 76004-1959 | Promissory Note | | 650,000.00 |
| Summit Specialty Products, Inc.<br>PO Box 877936<br>Kansas City, MO 64187-7936 | Summit Specialty Products, Inc.<br>PO Box 877936<br>Kansas City, MO 64187-7936 | | | 11,793.37 |
| Sunstate Equipment Co.<br>PO Box 52581<br>Phoenix, AZ 85072-2581 | Sunstate Equipment Co.<br>PO Box 52581<br>Phoenix, AZ 85072-2581 | | | 14,874.92 |
| Texas Building Products, Inc.<br>3261 Highway 108<br>Strawn, TX 76475 | Texas Building Products, Inc.<br>3261 Highway 108<br>Strawn, TX 76475 | | | 10,807.35 |
| Texas Building Products, Inc.<br>3261 Highway 108<br>Strawn, TX 76475 | Texas Building Products, Inc.<br>3261 Highway 108<br>Strawn, TX 76475 | | | 134,671.77 |
| The Quikrete Companies<br>PO Box 930134<br>Atlanta, GA 31193-0134 | The Quikrete Companies<br>PO Box 930134<br>Atlanta, GA 31193-0134 | | | 106,700.57 |
| Tucker and Dunn Bond Agency<br>PO Box 2285<br>Fort Worth, TX 76113 | Tucker and Dunn Bond Agency<br>PO Box 2285<br>Fort Worth, TX 76113 | | | 16,502.00 |
| United Commercial Cast Stone<br>4001 E. McKinney Street<br>Denton, TX 76208 | United Commercial Cast Stone<br>4001 E. McKinney Street<br>Denton, TX 76208 | | | 15,465.00 |
| United Rentals<br>File 51122<br>Los Angeles, CA 90074-1122 | United Rentals<br>File 51122<br>Los Angeles, CA 90074-1122 | | | 13,594.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 31, 2011**      Signature **/s/ Charles E. Scroggs**
                                                  **Charles E. Scroggs**
                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Texas

In re  **C & D Commercial Masonry, Inc.**                                   Case No.
                                                Debtor(s)                   Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **11,039.00** |
   | Prior to the filing of this statement I have received | $ **11,039.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 31, 2011**                    **/s/ Eric A. Liepins**
                                            Eric A. Liepins 12338110
                                            Eric A. Liepins P.C.
                                            12770 Coit Road
                                            Suite 1100
                                            Dallas, TX 75251
                                            972-991-5591  Fax: 972-991-5788
                                            eric@ealpc.com

---

```
ABC Central Block & Brick, Co.
LockBox Service
PO Box 8844
Pine Bluff, AR 71611-8844


ACME Brick Company
Attn: Susan Tabor
801 Airport Freeway
Euless, TX 76040


Advanced Cast Stone, Inc.
P.O. Box 223925
Dallas, TX 75222-3925


Advanced Cast Stone, Inc.
102 Lee Street
Fort Worth, TX 76140


Ahern Rentals
Accouts Receivables
P.O. Box 271390
Las Vegas, NV 89127-1390


Ahern Rentals
Accounts Receivables
4241 S. Arville St.
Las Vegas, NV 89103-3713


Archive Supplies, Inc.
2975 Ladybird Lane
Dallas, TX 75220


Asi Business Solutions
12801 N. Stemmons Freeway
Suite 710
Dallas, TX 75234-5881


Associated Packaging, Inc.
P.O. Box 440088
Nashville, TN 37244-0088
```

```
Auto Zone Commercial
PO Box 9040
Des Moines, IA 50368-9040


Auto Zone Commercial, Inc.
PO Box 9040
Des Moines, IA 50368-9040


Autzon Commercial, Inc.
PO Box 116067
Atlanta, GA 30368-6067


Betco Scaffolds
P.O. Box 297079
Houston, TX 77297


Big D Bolt & Tool, Inc.
3633 W. Miller Road
Garland, TX 75041


Bill's Radiator & Muffler
1209-B K Avenue
Plano, TX 75074


Black & Decker, USPTG
P.O. Box 98692
Chicago, IL 60693


Boral Bricks, Inc.
PO Box 101447
Atlanta, GA 30392-1447


Brown Machinery Co., Inc.
1125 Exchange Avenue
Oklahoma City, OK 73108
```

```
Builders Equipment & Supply
320 East Broadway
Fort Worth, TX 76104


Centennial Steel, Inc.
PO Box 1486
Rowlett, TX 75030-1486


Clear Investigative Advantage
17000 Preston Rd., Ste. 140
Dallas, TX 75248


Construction Software
4430 Caver Woods Drive
Cincinnati, OH 45242


Dallas CNTY Tax Assessor-Col
PO Box 139066
Dallas, TX 75313-9066


Dallas County Tax Assesor-Col
Records Bldg., 500 Elm St.
Dallas, TX 75313-9033


East Texas Brick Company
3901 SSW Loop 323
Tyler, TX 75711


Electrolux Const. Prod
23103 Network Place
Chicago, IL 60673-1231


Encon Systems, Inc.
PO Box 497107
Garland, TX 75049-7107
```

Express Fabrication
PO Box 652
Princeton, TX 75407


Fastenal Company
P.O. Box 978
Winona, MN 55987-0978


First Impression Glass
1021 E. Levee St.
Dallas, TX 75207


Garland Nut & Screw
1901 S. Jupiter, Ste. 105
Garland, TX 75042


Garland Nut & Screw LLC
3520 Asset Street
Garland, TX 75042


Gulfeagle Supply, Inc.
PO Box 116466
Atlanta, GA 30368-6001


Hanner & Associates, Inc.
2324 Cheek-Sparger
Bedford, TX 76021


Headwater construction Mat
LockBox 843916
Dallas, TX 75284-3916


Hilti, Inc.
Dept. 08890
P.O. Box 120001
Dallas, TX 75312-0890

Hohmann & Barnard of IL, LLC
PO Box 5270
Hauppauge, NY 11788


Hohmann & Barnard Of IL., LLC
PO Box 3158
Boston, MA 02241-3158


Home Depot
PO Box 6031
The Lakes, NV 88901-6031


Horton Building Supply
514 Bishop
Richardson, TX 75081


Husqvarna Construction Prod
PO Box 2771
Carol Stream, IL 60132-2771


Kansas Building Products
1600 South Hoover
PO Box 9463
Wichita, KS 67277


Lonestar Forklift
4213 Forest Lane
Garland, TX 75042


Mobile Mini, Inc.
PO Box 79149
Phoenix, AZ 85062-9149


Nufab Arrowhead
7S5 Remittance Drive, Suite 162
Chicago, IL 60675-1626

Nufab Arrowhead, LLC
4700 Singlenton Blvd.
Dallas, TX 75212


P.A. Ross Machinery Co.
4349 Cedar Lake Drive
Dallas, TX 75227


Palestine Concrete Tile, Co.
PO Box 974182
Dallas, TX 75397-4157


Payless Tire
108 Lavon Highway
Garland, TX 75040


Pioneer Fasteners & Tools
202 South Ector Drive
Euless, TX 76040


Sherwin-Williams
3601 Big A Road
Rowlett, TX 75089-4035


Shoppas Material Handing
PO Box 156329
Fort Worth, TX 76155-0329


Shoppas Material Handling
152147 Grand River Rd.
Fort Worth, TX 76155


Southern State Tailored Foam
1711 Lake Harris Road
White Oak, TX 75693

```
Southwest Securities
PO Box 1959
Arlington, TX 76004-1959


Southwest Securities, FSB
PO Box 1959
Arlington, TX 76004-1959


SSI
Box 50009
Tulsa, OK 74150


Star Tire Company, Inc.
PO Box 541508
10952 Harry Hines Blvd.
Dallas, TX 75354-1508


Summit Specialty Products, Inc.
PO Box 877936
Kansas City, MO 64187-7936


Sunstate Equipment Co.
PO Box 52581
Phoenix, AZ 85072-2581


Tailored Foam, Inc.
Southern States Division
PO Box 70
White Oak, TX 75693


Texas Building Products, Inc.
3261 Highway 108
Strawn, TX 76475


Texas Rubber Supply, Inc.
PO Box 565067
Dallas, TX 75356-5067
```

The Quikrete Companies
PO Box 930134
Atlanta, GA 31193-0134


Thomas Reprographics
PO Box 740967
Dallas, TX 75374-0967


TNT Equipment, Co.
6677 Broughton Avenue
Columbus, OH 43213


Triple A Muffler Shop & Brake
701 Main St.
Garland, TX 75040


Tucker and Dunn Bond Agency
PO Box 2285
Fort Worth, TX 76113


United Commercial Cast Stone
4001 E. McKinney Street
Denton, TX 76208


United Rentals
P.O. Box 671400
Dallas, TX 75267-1400


White Cap Construction Supply
4341 Solutions Center
Chicago, IL 60677-4003


White Cap Industires
Dept. 0998
Los Angeles, CA 90088-0998